FILED
02 NOV -8 PM 2: 55
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES JEMISON and BETTY E. JEMISON, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. 02-PT-1243-S |
| BUTTERBALL TURKEY, INC.; CON AGRA, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

ENTERED
NOV 8 2002

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion to dismiss (doc. 7) is due to be granted. An appropriate order will be entered.

DONE, this 7th day of November, 2002.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

17